IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT STATE OF OKLAHOMA

| | | |
|---|---|---|
| (1) | APRIL LAYTON, as personal representative of the Estate of Charles Holdstock, deceased, | ) ) ) |
| (2) | APRIL LAYTON, individually, | ) |
| (3) | VALERIE WINFREY, individually, and | ) |
| (4) | MELANIE HUFNAGAL, individually | ) ) |
| | Plaintiffs, | ) ) |
| vs. | | ) NO.  CIV -2009 -1208C ) |
| (1) | CORRECTIONAL HEALTHCARE MANAGEMENT OF OKLAHOMA, INC., a corporation, | ) ) ) |
| (2) | THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, a Political Subdivision of the State of Oklahoma, and | ) ) ) ) |
| (3) | JOHN WHETSEL,  individually and in his capacity as Sheriff of Oklahoma County. | ) ) ) ) |
| | Defendants. | ) |

**PLAINTIFFS' DEPOSITION DESIGNATIONS**
<u>**JEFFREY EISER**</u>

COMES NOW the Plaintiffs, and hereby submits the following as their designations of the November 8, 2013 deposition of Expert Witness, Jeffrey Eiser:

P. 7, LINES 4-25
P. 8, LINES 1-25
P. 9. LINES 1-12
P. 10, LINES 3-25
P. 11, LINES 1-25

P. 12, LINES 1-7; 16-25
P. 13, LINES 1-6;  15-25
P. 14, LINES 1-25
P. 15, LINES 1-3; 20-25
P. 16, LINES 1-25
P. 17, LINES 1-25
P. 18, LINES 1-25
P. 19, LINES 1-8;  16-25
P. 20, LINES 1-25
P. 21, LINES 1-25
P. 22, LINES 1-13
P. 23, LINES 4-25
P. 24, LINES 1-8; 13-22
P. 25, LINES 4-11;  16-25
P. 26, LINES 1-23
P. 27, LINES 1-25
P. 28, LINES 1-15 AND 21-25
P. 29, LINES 1-25
P. 30, LINES 1-25
P. 31, LINES 1-25
P. 32, LINES 1-25
P. 33, LINES 1-25
P. 34, LINES 1-25
P. 35, LINES 1-10
P. 36, LINES 1-25
P. 37, LINES 1-25
P. 38, LINES 1-25
P. 39, LINES 1, 7-25
P. 40, LINES 1-25
P. 41, LINES 1-22
P. 42, LINES 16-25
P. 43, LINES 1-25
P. 44, LINES 1-25
P. 45, LINES 1-4
P. 46, LINES 12-25
P. 47, LINES 1-4; 6-16; 19-22
P. 48, LINES 1-25
P. 49, LINES 1-25
P. 50, LINES 1-18, 23, 24
P. 51, LINES 15-23

P. 52, LINES 1-17
P. 53, LINES 2-20
P. 54, LINES 3-25
P. 55, LINES 1-25
P. 56, LINES 1-25
P. 57, LINES 1-25
P. 58, LINES 1-25
P. 59, LINES 1-25
P. 60, LINES 1-3; 11-19
P. 61, LINES 14-25
P. 62, LINES 1-4; 10-14
P. 63, LINES 8-20; 24-25
P. 64, LINES 1-2; 16-25
P. 65, LINES 1-25
P. 66, LINES 1-15
P. 67, LINES 8-25
P. 68, LINES 1-4; 19-25
P. 69, LINES 1-24
P. 70, LINES 8-25
P. 71, LINES 1-5; 12-25
P. 72, LINES 6-25
P. 73, LINES 1-14; 22-25
P. 74, LINES 1-6; LINES 9-25
P. 75, LINES 1-25
P. 76, LINES 1-25
P. 77, LINE 1
P. 78, LINES 1-25
P. 79, LINES 1-17
P. 80, LINES 1-25
P. 81, LINES 1-25
P. 82, LINES 1-25
P. 83, LINES 1-25
P. 84, LINES 1-18
P. 89, LINES 13-17
P. 90, LINES 1-25
P. 91, LINES 1-24
P. 92, LINES 4-25
P. 93, LINES 1-25
P. 95, LINES 1-25
P. 96, LINES 10-17

P. 97, LINES 1-18;  LINES 24-25
P. 99, LINES 1-18;  21-25
P. 191, LINES 21-25
P. 192, LINES 1-25
P. 193, LINES 1-9
P. 195, LINES 5-11
P. 196, LINES 7-12
P. 197, LINES, 4-19
P. 206, LINES 10-14

/s/ E. W. Keller
E. W. Keller, (OBA# 4918)
KELLER, KELLER & DALTON
119 N. Robinson, Suite 825
Oklahoma City, Oklahoma 73102
(405) 235-6693
(405) 232-3301  Facsimile
E-Mail kkd.law@coxinet.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ms. Sandi Elliott           dasanell@oklahomacounty.org
Ms. Lisa Endres             dalisend@oklahomacounty.org

/s/   E. W. Keller