IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| APRIL LAYTON, as personal Representative of the Estate of Charles Holdstock, deceased, et al, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: CIV-2009-1208-C |
| CORRECTIONAL HEALTHCARE MANAGEMENT OF OKLAHOMA, INC., a corporation, et al, | ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS
### JEFFREY EISER

**COMES NOW** the Defendants, and hereby submits the following as counter-designations of the November 8 2013 deposition of Plaintiff's expert witness, Jeffrey Eiser:

| *PAGE* | *LINES* |
|---|---|
| 85 | 17-25 |
| 86 | 1-25 |
| 87 | 1-24 |
| 89 | 1-12 |
| 100 | 6-25 |
| 101 | 1-15, 25 |
| 102 | 1-21 |
| 105 | 24-25 |
| 106 | 1-25 |
| 107 | 1-25 |
| 108 | 1-25 |
| 109 | 1-25 |

| *PAGE* | *LINES* |
|---|---|
| 110 | 1-25 |
| 111 | 1-8, 15-25 |
| 112 | 1-25 |
| 113 | 1-25 |
| 114 | 1-18, 25 |
| 115 | 17-25 |
| 116 | 1-25 |
| 117 | 1-25 |
| 118 | 1-18 |
| 119 | 18-20 |
| 121 | 8-25 |
| 122 | 1-25 |
| 123 | 1-25 |
| 124 | 1-14 |
| 125 | 16-25 |
| 126 | 1-25 |
| 127 | 1, 10-14, 24-25 |
| 128 | 1-25 |
| 129 | 1-17 |
| 130 | 20-25 |
| 131 | 1-17, 25 |
| 132 | 1-24 |
| 134 | 9-20 |
| 135 | 15-25 |
| 136 | 1-25 |
| 137 | 1-21 |
| 138 | 2-23 |
| 141 | 4-25 |
| 142 | 1-25 |
| 143 | 10-25 |

| *PAGE* | *LINES* |
|---|---|

| _PAGE_ | _LINES_ |
|---|---|
| 144 | 1-6, 18-21 |
| 145 | 2-25 |
| 146 | 1-25 |
| 147 | 1-25 |
| 148 | 1-25 |
| 149 | 1-25 |
| 150 | 1-25 |
| 151 | 1-25 |
| 152 | 1-4, 20-22 |
| 153 | 3-25 |
| 154 | 1-25 |
| 155 | 1-25 |
| 156 | 1-25 |
| 157 | 1-25 |
| 158 | 1-25 |
| 159 | 1-25 |
| 160 | 1-25 |
| 161 | 1-18 |
| 163 | 8-25 |
| 164 | 1-25 |
| 165 | 1-25 |
| 166 | 1-5, 14-25 |
| 167 | 1-25 |
| 168 | 1-25 |
| 169 | 1-25 |
| 170 | 1-25 |
| 171 | 1-25 |
| 172 | 1-25 |
| 173 | 1-13 |
| 174 | 17-21 |

| _PAGE_ | _LINES_ |
|---|---|

| *PAGE* | *LINES* |
|---|---|
| 175 | 12-25 |
| 176 | 1-25 |
| 177 | 1-25 |
| 178 | 1-25 |
| 179 | 1-25 |
| 180 | 1-25 |
| 181 | 1-25 |
| 182 | 1-25 |
| 183 | 1-25 |
| 184 | 1-25 |
| 185 | 1-25 |
| 186 | 1-20 |
| 187 | 6-23 |
| 188 | 5-25 |
| 189 | 1-25 |
| 190 | 1-25 |
| 191 | 1-11 |
| 201 | 4-25 |
| 202 | 1-25 |
| 203 | 1-25 |
| 204 | 1-9 |
| 205 | 19-25 |
| 206 | 1-6 |

Respectfully submitted,
DAVID PRATER
DISTRICT ATTORNEY

BY: **s/ Patricia L. High**
Patricia L. High, OBA #13414
320 Robert S. Kerr, Room 505

              Oklahoma City, Oklahoma  73102
              Telephone:  (405) 343-4877
               Facsimile:  (866)796-5742
              phigh@coxinet.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 25, 2013, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

E. W. Keller
KELLER, KELLER & DALTON
119 N. Robison, Ste 823
Oklahoma City, OK  73102

              */s/* Patricia L. High