IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) APRIL LAYTON, as Personal Representative of the Estate of Charles Holdstock, deceased,<br>(2) APRIL LAYTON, Individually,<br>(3) VALERIE WINFREY, Individually, and<br>(4) MELANIE HUFNAGEL, Individually<br><br>                Plaintiff,<br><br>vs.<br><br>(1) CORRECTIONAL HEALTHCARE MANAGEMENT OF OKLAHOMA, INC.;<br><br>                Defendant. | Case No. CIV-09-1208-C<br>Judge Robin J. Cauthron |

**ORDER**

This matter comes before the Court on the Parties Pretrial Conference Report submitted on November 26, 2013.

Said Pretrial Report is hereby approved.

IT IS SO ORDERED this 2nd day of December, 2013.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge