# CIVIL TRIAL

CASE NO. CIV-09-1208-C     CIVIL                                                                         DATE  12-3-13

STYLE                              April Layton     v.   Board of County Commissioner

PROCEEDINGS:          (FURTHER) NON-JURY TRIAL              (FURTHER) JURY TRIAL

COMMENCED    9:00         ENDED    12:00

COMMENCED    1:00         ENDED    4:00                 TOTAL TIME:  6  Hrs.  0  Mins.

JUDGE Robin J. Cauthron          DEPUTY CLERK Linda Goode          REPORTER Sherri Grubbs

PLF COUNSEL         Henry Dalton, E. W. Keller

DFT COUNSEL         Lisa E. Endres, Patricia L. High

ENTER AS ABOVE.   Parties announce ready.   Jury duly empaneled and admonished.

Rule invoked on mtn of Plf. - Dft.          Plf. - Dft. make opening statement.

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted.   29, 50

Dft's exhibits admitted.   2, 3, 8, 20, 21

Plf rests.  Plf cross-claims.  Dft's mtn for (JMOL - Dismissal)    Granted    Denied  Under Advisement

Dft (presents - continues) case in chief with testimony of witnesses.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.  Plf cross-claims.  Dft renews mtn for (JMOL - Dismissal)  Granted  Denied       Under Advisement

Closing arguments. _____     Court instructs the jury. _____     Bailiff sworn. _____

Jury retires to deliberate at _____.  Jury returns with verdict in favor of _____ at

_____.      Jury is polled.      Jury is discharged.

Plf. - Dft. to file (brief - Findings of Fact & Conc. of Law) within ___ days

Plf - Dft to answer w/i __ days thereafter: Plf - Dft to reply w/i __ days thereafter: Case taken under advisement:

Court finds in favor of (Plf. - Dft.)     Counsel for (Plf - Dft) to prepare formal order.     Clerk to file judgment.

Court adjourns to   9:30 am 12/4/13

CASE NO. CIV-09-1208-C    DEPUTY Linda Goode    JUDGE Robin J. Cauthron    DATE 12-3-13

## NAMES OF JURORS

1. _____    7. _____
2. _____    8. _____
3. _____    9. _____
4. _____    10. _____
5. _____    11. _____
6. _____    12. _____

ALT #1 _____    ALT #2 _____

JURORS SEATED _____    CHALLENGED _____    NOT USED _____

## CHALLENGES

| PLAINTIFF: | DEFENDANT: | EXCUSED FOR CAUSE: |
|---|---|---|
| 1. _____ | 1. _____ | 1. _____ |
| 2. _____ | 2. _____ | 2. _____ |
| 3. _____ | 3. _____ | 3. _____ |
| 4. _____ | 4. _____ | 4. _____ |
| 5. _____ | 5. _____ | 5. _____ |

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. April Layton | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |