## CIVIL TRIAL

CASE NO. <u>CIV-09-1208-C</u>   CIVIL                                                                DATE <u>  12-12-13  </u>

STYLE                      <u>April Layton</u>   v. <u>Board of County Commissioner                              </u>

PROCEEDINGS:         (FURTHER) NON-JURY TRIAL         <u>(FURTHER) JURY TRIAL</u>

COMMENCED <u> 9:15       </u>         ENDED <u>    12:15   </u>

COMMENCED <u> 12:45      </u>         ENDED <u>    3:30    </u>                 TOTAL TIME: <u>  5  </u> Hrs. <u>  45  </u> Mins.

JUDGE Robin J. Cauthron         DEPUTY CLERK Linda Goode                 REPORTER Sherri Grubbs

PLF COUNSEL          <u>Henry Dalton, E. W. Keller                                                                   </u>

DFT COUNSEL          <u>Lisa E. Endres, Patricia L. High                                                             </u>

ENTER AS ABOVE.   Parties announce ready.  Jury duly empaneled and admonished.

Rule invoked on mtn of Plf. - Dft.         Plf. - Dft. make opening statement.

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted.

Dft's exhibits admitted.

Plf rests.  Plf cross-claims.  Dft's mtn for (JMOL - Dismissal)    Granted    Denied   Under Advisement

Dft (presents - continues) case in chief with testimony of witnesses.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.  Plf cross-claims.  Dft renews mtn for (JMOL - Dismissal)   Granted   Denied   Under Advisement

Closing arguments.  _____    Court instructs the jury.  _____    Bailiff sworn.  _____

Jury retires to deliberate at <u>    9:15 a.m.    </u>.  Jury returns with verdict in favor of <u>   plaintiff   </u> at

<u>    3:25 p.m.    </u>.   <u>Jury is polled</u>.   <u>Jury is discharged</u>.

Plf. - Dft. to file (brief - Findings of Fact & Conc. of Law) within ____ days

Plf - Dft to answer w/i __ days thereafter: Plf - Dft to reply w/i __ days thereafter: Case taken under advisement:

Court finds in favor of (Plf. - Dft.)      Counsel for (Plf - Dft) to prepare formal order.         <u>Clerk to file judgment</u>.

Court adjourns to