UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

APRIL LAYTON, as personal )
representative of the Estate of Charles )
Holdstock, deceased, )
 )
          Plaintiff, )
 )
vs. )  Case No. CIV-09-1208-C
 )
BOARD OF COUNTY )
COMMISSIONERS OF THE COUNTY )
OF OKLAHOMA, STATE OF )
OKLAHOMA, )
 )
          Defendant. )

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above entitled cause, do, upon our oaths, find as follows:

1. On the claim that Defendant violated Charles Holdstock's Constitutional Rights, we find:

    __✓__ For Plaintiff, April Layton, as Personal Representative of the Estate of Charles Holdstock, and award her damages in the amount of:

    $ _175,000_

    _____ For Defendant, Board of County Commissioners Oklahoma County, State of Oklahoma.

_12/12/13_  
Date

_[signature]_  
Presiding Juror