# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| APRIL LAYTON, as personal representative of the Estate of Charles Holdstock,<br><br>  Plaintiff,<br><br>vs.<br><br>THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-09-1208-C<br>)<br>)<br>)<br>)<br>)<br>) |

## JURY NOTE NO. 1

Judge Cauthron,                    12/11/13  4:13 PM

We would like to recess this evening and return tomorrow to continue our deliberations.

Bob Yoodley
Foreperson