IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| APRIL LAYTON, as personal representative of the Estate of Charles Holdstock,<br><br>              Plaintiff,<br><br>vs.<br><br>THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-09-1208-C<br>)<br>)<br>)<br>)<br>)<br>) |

COURT'S SUPPLEMENTAL INSTRUCTION NO. 1

## COURT'S SUPPLEMENTAL INSTRUCTION NO. 1

You are dismissed for the evening. Please reconvene in the jury assembly room ~~Tuesday~~ *Thursday* morning at 9:15 a.m. and wait for the bailiff. Remember not to discuss this case among yourselves or with anyone else until you are all together in your jury deliberation room.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE

Date: 12/11/13

S2