IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| APRIL LAYTON, as personal representative of the Estate of Charles Holdstock,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-09-1208-C<br>)<br>)<br>)<br>)<br>)<br>) |

## JURY NOTE NO. 2

12/12/13
12:12 Pm

Instruction # 8 states that
"or that Mr Holdstock would
be the specific person harmed"

Instruction # 5 state

(1) = that Mr Holdstock was
deprived of a constitutional
right

(3) the operation of the policy,
custom or practice
caused the injury to
Mr Holdstock

?1 Can we consider harm to people other than Mr H.

?2 What is the definition of
injury as it applies to
Instruction #5 ?

Bob Goodley
Foreperson