IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| APRIL LAYTON, as personal representative of the Estate of Charles Holdstock, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-09-1208-C |
| THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, | ) ) ) ) | |
| Defendant. | ) | |

## COURT'S SUPPLEMENTAL INSTRUCTION NO. 2

## COURT'S SUPPLEMENTAL INSTRUCTION NO. 2

In response to your question, you are instructed that Instruction No. 5 defines the elements of proof of Plaintiff's claim, while Instruction No. 8 defines deliberate indifference.

But you should consult all of the instructions.

Please continue your deliberations.

/s/ Robin J. Cauthron
ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE

Date: 12/12/13