IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| APRIL LAYTON, as personal representative of the Estate of Charles Holdstock, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. CIV-09-1208-C<br>) |
| THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, | )<br>)<br>)<br>) |
| Defendant. | ) |

## JURY NOTE NO. 3

3:11 PM
12/12/13

We have reached a verdict

*Robert Goodley*
FOREPERSON